UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00273-BO-KS

KELLY MARIE MERZKE et al,        )
                                 )
        Plaintiffs,              )
                                 )        JOINT STATUS REPORT
        v.                       )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
        Defendant.               )

The parties in this case hereby jointly provide this Status Report to apprise the Court of the status of settlement negotiations:

1. On July 7, 2023, Plaintiffs filed a complaint alleging the United States is liable under the Federal Tort Claims Act (FTCA) for injuries to Plaintiffs' minor child caused during labor and delivery at Womack Medical Center. See generally [DE 7; DE 9].

2. On April 23, 2025, the Court granted the parties' joint motion to continue a hearing on pending motions in this matter and ordered the parties to submit a status report within 30 days whether settlement negotiations have been successful. [DE 28].

3. A settlement has not yet been reached but progress toward settlement has been made by both parties. At present the parties continue to work together to negotiate a resolution to this matter and, in furtherance of that effort, have engaged in multiple settlement discussions and offers through a

1

mediator since the Court's April 23rd Order.[1] The mediation remains ongoing and the parties remain optimistic that a resolution can be reached without spending resources on a hearing for the aforementioned motions currently pending before the Court.

4. Based on the foregoing, the parties would respectfully request, with the Court's permission, that the parties submit a status report within 30 days of this filing stating whether settlement negotiations have been successful.

5. This request is to preserve the Court's and the parties' resources, to promote the efficient administration of the Court's docket, and is not for the purposes of delay.

This the 23rd day of May, 2025.

> DANIEL P. BUBAR
> Acting United States Attorney
>
> BY: /s/ Rudy E. Renfer
> RUDY E. RENFER
> Assistant United States Attorney
> 150 Fayetteville Street
> Suite 2100
> Raleigh, North Carolina 27601
> Telephone: 919-856-4530
> Fax: 919-856-4821
> Email: rudy.e.renfer@usdoj.gov
> N.C. Bar No. 23513
> Attorney for Defendant
>
> BY: /s/ WADE E. BYRD
> Wade E. Byrd
> Law Offices of Wade E Byrd PA
> P.O. Drawer 2797

---

[1] The United States Department of Justice, Torts Branch is also involved in the settlement negotiations as part of any settlement approval process.

Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com
N.C. Bar No. 5534
Attorney for Plaintiff

/s/ DAVID F. KIRBY
David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com
N.C. Bar No. 7841
Attorney for Plaintiff

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of May, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide a copy to the attorney for the plaintiff as follows:

Wade E. Byrd
Law Offices of Wade E Byrd PA
P.O. Drawer 2797
Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com

David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com

By: /s/ Rudy E. Renfer
RUDY E. RENFER
Attorney for Defendant
Assistant United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
N.C. Bar Number: 23513
rudy.e.renfer@usdoj.gov
Attorney for Defendant

4