UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00273-BO-KS

KELLY MARIE MERZKE et al,                )
                                         )
        Plaintiffs,                      )          **JOINT STATUS REPORT**
                                         )
    V.                                   )
                                         )
UNITED STATES OF AMERICA,                )
                                         )
        Defendant.                       )

The parties in this case hereby jointly provide this Status Report to apprise the Court of the status of settlement negotiations:

1. On July 7, 2023, Plaintiffs filed a complaint alleging the United States is liable under the Federal Tort Claims Act (FTCA) for injuries to Plaintiffs' minor child caused during labor and delivery at Womack Medical Center. See generally [DE 7; DE 9].

2. On April 23, 2025, the Court granted the parties' joint motion to continue a hearing on pending motions in this matter and ordered the parties to submit a status report within 30 days whether settlement negotiations have been successful. [DE 28].

3. On May 23, 2025, the parties filed a joint status report stating the parties continued to engage in settlement discussions to resolve this matter. [DE 29].

4. On May 29, 2025, the Court ordered the parties to submit a status report within 30 days to provide an update on settlement discussion. [DE 30].

5. On June 24, 2025, the parties reached an agreement to settle all claims alleged in Plaintiffs' Complaint.

6. At this point, Plaintiffs must obtain approval for the settlement from a court of competent jurisdiction with a finding that the settlement is in the best interests of the minor plaintiff. Afterwards, final approval will need to be obtained from the United States Department of Justice.

7. Based on the foregoing, the parties would respectfully request, with the Court's permission, that the parties submit a status report within 60 days of this filing to provide an update to the Court regarding the status of resolving this case.

8. This request is to preserve the Court's and the parties' resources, to promote the efficient administration of the Court's docket, and is not for the purposes of delay.

This the 26th day of June, 2025.

DANIEL P. BUBAR
Acting United States Attorney

BY: /s/ Rudy E. Renfer
RUDY E. RENFER
Assistant United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina  27601
Telephone:  919-856-4530
Fax:  919-856-4821
Email:  rudy.e.renfer@usdoj.gov
N.C. Bar No. 23513
Attorney for Defendant

BY: /s/ WADE E. BYRD
Wade E. Byrd
Law Offices of Wade E Byrd PA
P.O. Drawer 2797
Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com
N.C. Bar No. 5534
Attorney for Plaintiff

/s/ DAVID F. KIRBY
David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com
N.C. Bar No. 7841
Attorney for Plaintiff

3

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 26th day of June, 2025, served a copy of the foregoing upon all counsel of record by electronically filing the foregoing with the Court on this date using the CM/ECF system.

<u>/s/ WADE E. BYRD</u>
Wade E. Byrd
Law Offices of Wade E Byrd PA
P.O. Drawer 2797
Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com
N.C. Bar No. 5534
Attorney for Plaintiff

<u>/s/ DAVID F. KIRBY</u>
David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com
N.C. Bar No. 7841
Attorney for Plaintiff

<u>/s/ Rudy E. Renfer</u>
RUDY E. RENFER
Assistant United States Attorney
Civil Division
150 Fayetteville Street
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4821
E-mail: rudy.e.renfer@usdoj.gov
NC Bar No. 23513

*Counsel for the United States*

4