UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-00273-M-KS

KELLY MARIE MERZKE et al,　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　　JOINT STATUS REPORT
　　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　)

The parties in this case hereby jointly provide this Status Report to apprise the

Court of the status of settlement negotiations:

1. On July 7, 2023, Plaintiffs filed a complaint alleging the United States is liable under the Federal Tort Claims Act (FTCA) for injuries to Plaintiffs' minor child caused during labor and delivery at Womack Medical Center. See generally [DE 7; DE 9].

2. On June 24, 2025, the parties reached an agreement to settle all claims alleged in Plaintiffs' Complaint.

3. On or about August 19, 2025, Plaintiffs obtained approval for the settlement from a court of competent jurisdiction with a finding that the settlement is in the best interests of the minor plaintiff.

4. At this point, final approval will need to be obtained from the United States Department of Justice ("DOJ"). On August 23, 2025, the information to obtain final approval was submitted to DOJ for final approval.

1

5. Based on the foregoing, the parties would respectfully request, with the Court's permission, that the parties submit a status report within 60 days of this filing to provide an update to the Court regarding the status of obtaining final DOJ approval for the settlement.

6. This request is to preserve the Court's and the parties' resources, to promote the efficient administration of the Court's docket, and is not for the purposes of delay.

(This space intentionally left blank)

2

This the 26th day of August, 2025.

W. ELLIS BOYLE
United States Attorney

BY:  /s/ Rudy E. Renfer
RUDY E. RENFER
Assistant United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina  27601
Telephone:  919-856-4530
Fax:  919-856-4821
Email:  rudy.e.renfer@usdoj.gov
N.C. Bar No. 23513
Attorney for Defendant

BY:  /s/ WADE E. BYRD
Wade E. Byrd
Law Offices of Wade E Byrd PA
P.O. Drawer 2797
Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com
N.C. Bar No. 5534
Attorney for Plaintiff

/s/ DAVID F. KIRBY
David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com
N.C. Bar No. 7841
Attorney for Plaintiff

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of August, 2025, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will provide a copy

to the attorney for the plaintiff as follows:

Wade E. Byrd
Law Offices of Wade E Byrd PA
P.O. Drawer 2797
Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com

David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com

By: /s/ Rudy E. Renfer
RUDY E. RENFER
Assistant United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
N.C. Bar Number: 23513
rudy.e.renfer@usdoj.gov
Attorney for Defendant

4