IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CV-00273-M

KELLY MARIE MERZKE, et al.,

     Plaintiffs,

v.                                                                                    ORDER

UNITED STATES OF AMERICA,

     Defendant.

This matter comes before the court on the parties' joint status report. DE 37. The parties indicate that they have fully settled the matter and now await the United States Department of Justice's approval of a negotiated settlement.

Thus, for good cause shown, the parties' requested update deadline is GRANTED. The parties shall confer and file a joint status report updating the court as to settlement approval no later than Monday, October 27, 2025.

Additionally, the Plaintiffs' motion for partial summary judgment, DE 20, and motion for clarification of trial issues, DE 24, are DENIED WITHOUT PREJUDICE as moot.

SO ORDERED this __28th__ day of August, 2025.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE