UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-00273-M-KS

| | | |
|---|---|---|
| KELLY MARIE MERZKE et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JOINT STATUS REPORT |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in this case hereby jointly provide this Status Report to apprise the Court of the status of the parties' settlement agreement:

1. On July 7, 2023, Plaintiffs filed a complaint alleging the United States is liable under the Federal Tort Claims Act (FTCA) for injuries to Plaintiffs' minor child caused during labor and delivery at Womack Medical Center. See generally [DE 7; DE 9].

2. On June 24, 2025, the parties reached an agreement to settle all claims alleged in Plaintiffs' Complaint.

3. On or about August 19, 2025, Plaintiffs obtained approval for the settlement from a court of competent jurisdiction with a finding that the settlement is in the best interests of the minor plaintiff.

4. On August 23, 2025, the case and tentative settlement agreement were submitted to the United States Department of Justice ("DOJ") for final approval.

1

5. Due to a lapse in appropriations, the government was shut down from October 1 – November 12, 2025. Once the government re-opened, processing of the settlement agreement to obtain final DOJ approval continued as before.

6. The settlement agreement has now received full DOJ approval.

7. On March 5, 2026, the United States submitted the settlement to the Judgment Fund for payment processing. The United States does not have an estimate at this time as to how long it may take for payment to issue.

8. Based on the foregoing, the parties would respectfully request, with the Court's permission, that the parties submit a status report within 30 days of this filing to provide an update to the Court regarding the status of payment, in the event that a stipulation of dismissal has not already been entered by that time.

9. This request is to preserve the Court's and the parties' resources, to promote the efficient administration of the Court's docket, and is not for the purposes of delay.

(This space intentionally left blank)

2

This the 9th day of March, 2026.

W. ELLIS BOYLE
United States Attorney

BY:   /s/ Katherine A. King
KATHERINE A. KING
Assistant United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina  27601
Telephone:  919-856-4530
Fax:  919-856-4821
Email:  katie.king@usdoj.gov
N.C. Bar No. 44525
Attorney for Defendant

BY:   /s/ WADE E. BYRD
Wade E. Byrd
Law Offices of Wade E Byrd PA
P.O. Drawer 2797
Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com
N.C. Bar No. 5534
Attorney for Plaintiff

/s/ DAVID F. KIRBY
David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com
N.C. Bar No. 7841
Attorney for Plaintiff

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of March, 2026, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will provide a copy

to the attorney for the plaintiff as follows:


Wade E. Byrd
Law Offices of Wade E Byrd PA
P.O. Drawer 2797
Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com

David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com


BY:   /s/ Katherine A. King
KATHERINE A. KING
Assistant United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina  27601
Telephone:  919-856-4530
Fax:  919-856-4821
Email:  katie.king@usdoj.gov
N.C. Bar No. 44525
Attorney for Defendant

4