# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

No. 5:23-cv-00273-M-KS

KELLY MARIE MERZKE et al,          )
                                   )
    Plaintiffs,                    )
                                   )        **JOINT STATUS REPORT**
    v.                             )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
    Defendant.                     )

The parties in this case hereby jointly provide this Status Report to apprise the Court of the status of the parties settlement agreement:

1. On July 7, 2023, Plaintiffs filed a complaint alleging the United States is liable under the Federal Tort Claims Act (FTCA) for injuries to Plaintiffs' minor child caused during labor and delivery at Womack Medical Center. See generally [DE 7; DE 9].

2. On June 24, 2025, the parties reached an agreement to settle all claims alleged in Plaintiffs' Complaint.

3. On or about August 19, 2025, Plaintiffs obtained approval for the settlement from a court of competent jurisdiction with a finding that the settlement is in the best interests of the minor plaintiff.

4. On August 23, 2025, the case and tentative settlement agreement were submitted to the United States Department of Justice ("DOJ") for final approval.

1

5. The settlement agreement has now received full DOJ approval.

6. On March 5, 2026, the United States submitted the settlement to the Judgment Fund for payment processing. Payment has been made in accordance with the settlement agreement, including to the trust account of Plaintiff's counsel as well as to settlement broker Huver & Associates.

7. The settlement structure includes the purchase of an annuity for the benefit of the minor plaintiff. The annuity has been purchased, and funding has been completed.

8. The parties are awaiting issuance of the formal annuity contract, which is expected to occur within the standard processing period of approximately 90 days. A that time, the parties will file a Stipulation of Dismissal with the Court.

9. Based on the foregoing, the parties respectfully request, with the Court's permission, that they be allowed to submit another status report within ninety (90) days of this filing if necessary.

10. This request is made to preserve judicial and party resources, promote efficient administration of the Court's docket, and is not for purposes of delay.

(This space intentionally left blank)

This the 31st day of March, 2026.

W. ELLIS BOYLE
United States Attorney

BY:  /s/ KATIE A. KING
Katie A. King
Assistant United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina  27601
Telephone:  919-856-4530
Fax:  919-856-4821
Email:  katie.king@usdoj.gov
N.C. Bar No. 44525
Attorney for Defendant


BY:  /s/ WADE E. BYRD
Wade E. Byrd
Law Offices of Wade E Byrd PA
P.O. Drawer 2797
Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com
N.C. Bar No. 5534
Attorney for Plaintiff

/s/ DAVID F. KIRBY
David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com
N.C. Bar No. 7841
Attorney for Plaintiff

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide a copy to the defendant's attorney for the plaintiff as follows:

Wade E. Byrd
Law Offices of Wade E Byrd PA
P.O. Drawer 2797
Fayetteville, NC 28302
910-323-2555
Fax: 910-323-9694
Email: wbyrd@wadebyrdlaw.com

David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com

/s/ DAVID F. KIRBY
David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com
N.C. Bar No. 7841
Attorney for Plaintiff

4