UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-cv-00273-M-KS

KELLY MARIE MERZKE et al,          )
                                   )
         Plaintiffs,               )          STIPULATION OF DISMISSAL
                                   )               WITH PREJUDICE
         v.                        )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
         Defendant.                )

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate and agree that all claims asserted in this action are dismissed with prejudice, with each party to bear its own costs and attorneys' fees unless otherwise agreed in the parties' settlement agreement.

This the 7th day of May, 2026.

BY:   /s/ WADE E. BYRD
      Wade E. Byrd
      Law Offices of Wade E Byrd PA
      P.O. Drawer 2797
      Fayetteville, NC 28302
      910-323-2555
      Fax: 910-323-9694
      Email: wbyrd@wadebyrdlaw.com
      N.C. Bar No. 5534
      Attorney for Plaintiff

1

/s/ DAVID F. KIRBY
David F. Kirby
Edwards & Kirby
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-780-5400
Fax: 919-800-3099
Email: dkirby@edwardskirby.com
N.C. Bar No. 7841
Attorney for Plaintiff


/s/ KATIE A. KING
Katie A. King
Assistant United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
919-856-4530
Fax: 919-856-4821
Email: katie.king@usdoj.gov
N.C. Bar No. 44525
Attorney for Defendant

2

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide a copy to the defendant's attorney for the defendant as follows:

    W. ELLIS BOYLE
    United States Attorney
    Katie A. King
    Assistant United States Attorney
    150 Fayetteville Street
    Suite 2100
    Raleigh, North Carolina  27601
    Telephone:  919-856-4530
    Fax:  919-856-4821
    Email:  katie.king@usdoj.gov
    N.C. Bar No. 44525
    Attorney for Defendant

                /s/ DAVID F. KIRBY
                David F. Kirby
                Edwards & Kirby
                3201 Glenwood Ave., Suite 100
                Raleigh, NC 27612
                919-780-5400
                Fax: 919-800-3099
                Email: dkirby@edwardskirby.com
                N.C. Bar No. 7841
                Attorney for Plaintiff

3